ORIGINAL

FILED
JAN 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ANTHONY SCALES,
11302-083
USP Big Sandy
Box 2068
Inez, KY 41224
    Plaintiff,

v.

EXECUTIVE OFFICE FOR UNITED
STATES ATTORNEYS,
600 E. Street, NW, Room 7300
Department of Justice
Washington, D. C. 20530,

    Defendant.

CASE NUMBER 1:07CV00071

JUDGE: Unassigned

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 01/12/2007

FREEDOM OF INFORMATION SUIT

CASE RE-ASSIGNED
JUN 25 2007
TO: KENNEDY, JR. U. HH

### COMPLAINT FOR DECLARATORY & INJUNCTIVE RELIEF

NOW COMES, Plaintiff, MICHAEL C. ANTONELLI, Pro Se, and respectfully moves this Court under the Freedom of Information Act, 5 USC Section 552 as follows:

1.  Plaintiff is a federal prisoner presently housed at the United States Penitentiary, Big Sandy, located at 1197 Airport Road in Inez, Kentucky.

2.  Defendant, EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS (Hereinafter "EOUSA") is a Federal Agency as defined in the Freedom of Information Act, and subject to the law as stated in 5 USC Section 552.

3.  This Court has jurisdiction to entertain complaints under the Freedom of Information Act.

4.  Venue properly lies in the District of Columbia.

5.  By letter request dated January 4, 2006 to the Defendant EOUSA, plaintiff requested all records in connection to the agreement made by the U.S. Attorneys' Office to provide assistance to Deana Hubbard "AKA" Deana Bartlett for charges in Charlottesville, Virginia and Oregon in exchange for her testimony in the case of U.S. v. Scales No. 98-114-A. (See Exhibit A attached)

6.  By letter dated January 25, 2006, the EOUSA blanket denied plaintiff's request citing Exemptions (b)(6) and (b)(7)(C) of the FOIA. (See Exhibit B attached)

RECEIVED
DEC 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

7. By appeal letter dated February 28, 2006 to the Office of Information & Privacy (Hereinafter "OIP") plaintiff administratively appealed the blanket denial of access to the requested information and asked at the same time requested the portions that are segregable and exempt be delted and the remainder disclosed to him. (See Exhibit C attached)

8. The OIP acknowledged receipt of plaintiff's appeal by letter dated March 15, 2006. (See Exhibit D attached)

9. By letter dated August 17, 2006, plaintiff requested the request and appeal numbers from the OIP. (See Exhibit E attached)

10. By letter dated September 29, 2006, the OIP supplied plaintiff with the request and appeal numbers requested. (See Exhibit F attached)

11. By letter from the OIP dated October 30, 2006, the action of the EOUSA was AFFIRMED by the OIP. (See Exhibit G attached)

12. The OIP advised plaintiff that he may seek judicial review under the FOIA.

13. Plaintiff is entitled to access to the requested information and the EOUSA is wrongfully withholding same.

14. The action of the EOUSA is arbitrary and capricious.

15. The EOUSA has never met their burden of showing the information denied fits within the parameters of the exemptions claimed under the FOIA.

16. It was an abuse of the discretion of the EOUSA to deny plaintiff itmization and indexing with justifications for its refusals to disclose according to Vaughn.

17. This action is proper to obtain judicial review of the action/inaction of the defendant EOUSA above.

WHEREFORE, Plaintiff prays for the following relief:

1

These proceedings be expedited according to the FOIA;

2

Defendant EOUSA be declared in violation of the Freedom of Information Act;

3

Defendant EOUSA be ordered to allow plaintiff access to the requested records denied him by EOUSA;

4

Defendant EOUSA be ordered to provide plaintiff with itemization and indexing with supporting detailed affidavits to justify for the exemptions claimed and that the material be reasonably segregated for releasability according to Vaughn v. Rosen;

5

Defendant EOUSA employees be sanctioned and fined for intentionally withholding said records when they knew or should have known of their releasability;

6

Plaintiff be granted reasonable attorneys/researchers/clerical fees for his costs of this action;

7

Any further relief this Court deems just and proper.

Respectfully Submitted this 14 day of December, 2006.

By _Anthony Scales_

Anthony Scales, Pro Se

No. 11302-083

United States Penitentiary

1197 Airport Road

Inez, Kentucky 41224

-3-

## FREEDOM OF INFORMATION ACT REQUEST

U.S. Attorneys' Office
(Alexandria Division)
2100 Jamieson Avenue
Alexandria, Va. 22314-57994

Date: 1-4-06

Pursuant to the FREEDOM OF INFORMATION ACT, TITLE 5, UNITED STATES CODE § 552, I hereby request access to and copies of the following information, documentation, and all related materials:

Documented agreement made by the above referenced U.S. Attorneys' Office, to provide assistance to Deana Hubbard "AKA" Deana Bartlett for charges in Charlottesville, Va and Oregon in exchange for her testimony in the case of U.S. v. Scales No. 98-114-A

Pursuant to the FREEDOM OF INFORMATION ACT, unless an EXTENSION of time is requested, a response is due within ten (10) days from the date of this request.

### REQUESTOR'S INFORMATION:

NAME: Anthony Scales
DATE OF BIRTH: 7-31-61
PLACE OF BIRTH: Alexandria
SOCIAL SECURITY No: 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

FBI #: 
USM #: 42777-083
ATF Case #: 

STATE OF Virginia
COUNTY OF

### SUPPORTING DECLARATION

I, Anthony Scales, upon my oath, under the penalty of perjury, do hereby state and Certify that: I, am the requestor and signer of this FREEDOM OF INFORMATION ACT REQUEST; I am Certifying this document because there is no Notary Public available at this time to notorize this document; And FURTHER I SAYETH NOT.

This 4th day of January, 2006

WRITTEN NAME: Anthony Scales
PRINTED NAME: Anthony Scales

ADDRESS: USP Big Sandy
P.O. Box 2068
Inez, KY 41224

Exhibit "A"

07 0071

**FILED**

JAN 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757   Fax 202-616-6478

JAN 2 5 2006

Request Number: 06-74          Date of Receipt: Jan. 11, 2006

Requester: Anthony Scales

Subject of Request: Deana Hubbard (assistance)

Dear Requester:

    The Executive Office for United States Attorneys has received your Freedom of Information Act request and assigned the above number to the request.

    You have requested records concerning a third party (or third parties). Records pertaining to a third party generally cannot be released absent express authorization and consent of the third party, proof that the subject of your request is deceased, or a clear demonstration that the public interest in disclosure outweighs the personal privacy interest and that significant public benefit would result from the disclosure of the requested records. Since you have not furnished a release, death certificate, or public justification for release, the release of records concerning a third party would result in an unwarranted invasion of personal privacy and would be in violation of the Privacy Act, 5 U.S.C.§ 552a. These records are also generally exempt from disclosure pursuant to sections (b)(6) and (b)(7)(C) of the Freedom of Information Act, 5 U.S.C. § 552.

    We have not performed a search for records and you must not assume that records concerning the third party exist. We will release, if requested, any public records maintained in our files, such as court records and news clippings, without the express of authorization of the third party, a death certificate, or public justification for release. If you desire to obtain public records, if public records exist in our files, please submit a new request for public documents.

    Should you obtain the written authorization and consent of the third party for release of the records please submit a new request for the documents accompanied by the written authorization. A form is enclosed to assist you in providing us the authorization and consent of the subject of your request. The authorization must be notarized or signed under penalty of perjury pursuant to 18 U.S.C. § 1001. **Please send your new request to the address above.**

    This is a final determination and your request for information will be closed. You may appeal my decision in this matter by writing within 60 days from the date of this letter, to:

07 0071

FILED

JAN 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(Page 1 of 2)
Form 006 - 1/06

Exhibit "B"

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

    Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

    After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

    Sincerely,

    William G. Stewart II
    Acting Assistant Director

Enclosure

U.S. Department of Justice

# Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _____

Citizenship Status [2] _____  Social Security Number [3] _____

Current Address _____

Date of Birth _____  Place of Birth _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4] _____  Date _____

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

**Print or Type Name**

---

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 4/31/07

FORM DOJ-361
SEPT 04

Anthony Scales
#11302-083
USP BIG SANDY
P.O. Box 2068
Inez, KY 41224


Office of Information and Privacy                February 28, 2006
United States Department of Justice
"Freedom of Information Act/Privacy Act Appeal"
Flag Building, Suite 570
Washington, D.C. 20530


RE: Request No. 06-74

    I, the requester Anthony Scales, hereby appeal the denial of the above referenced FOIA request.

    As justification to deny me access to the requested records, it was determined that the subject of request (Deana Hubbard) is considered a third party and the release of records concerning her would result in an unwarranted invasion of personal privacy in violation of the Privacy Act, 5 U.S.C.§ 552a. and exempt from disclosure pursuant to section (b)(6) and (b)(7)(c) of the Freedom of Information Act, 5 U.S.C.§ 552.

    On the contrary, the subject of request Deana Hubbard was a witness for the Government in the case of Anthony Scales v. United States, Case No. 99-4416. In that case I was the defendant whom Deana Hubbard testified against on behalf of the Government.

    Once Miss Hubbard testified, the prosecuting attorney was obligated in accordance with Brady and Gigglio to turn over to the attorney for the defense, all records on convictions pertaining to her, to potentially be used by the defense for impeachment purposes. These records would include the information I now request, any promises that was made to Miss Hubbard BY the Government to assist her on any pending cases whether state or federal in exchange for her testimony against me in the referenced case.

    Deana Hubbards privacy interest is out weighed by great public interest in shedding light on possible prosecutor misconduct by withholding the requested information that should have been disclosed prior to trial. This information could have been weighed by the jury to consider her propensity to be a truthful witness.

Exhibit "C"



07 0071
FILED
JAN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In light of the facts involved that obviously was not considered when the determination on disclosure was made, the Executive Office of United States Attorneys has not justified it's withholding under 5 U.S.C.§ 552a or section (b)(6) and (b)(7)(c) of the Freedom of Information Act 5 U.S.C.§ 552.

Wherefore, I respectfully request that the denial of my FOIA request be re-evaluated and to have the portions that are segregable and exempt be deleted to insure that an un-warranted invasion of privacy not accure and the remainder disclosed as requested. Respectfully submitted.

Sincerely,

Anthony Scales

**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642                               Washington, D.C. 20530

Mr. Anthony Scales
Register No. 11302-083
United States Penitentiary
P.O. Box 2068
Inez, KY 41224

    Re: Request No. 06-74

Dear Mr. Scales:

    This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys was received by this Office on March 10, 2006.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **06-1437**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

                               Sincerely,

                               Priscilla Jones
                               Chief, Administrative Staff

Exhibit "D"

07 0071
FILED

JAN 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Anthony Scales
#11302-083
USP BIG SANDY
P.O. Box 2068
Inez, KY 41224

Ms. Priscilla Jones                                August 17, 2006
Chief Administrative Staff
Freedom of Information Act/Privacy Act Appeal
Flag Building, Suite 570
Washington, DC 20530


Re: REquest No. 06-74
    Appeal No. 06-1438


Dear Ms. Jones;

   I am writing to inquire about the status of obtaining the requested material in the above referenced Request and Appeal numbers.

   It is vital that I receive the information as soon as possible.

   Thank you for your time and assistance.


                            Sincerely,

                            Anthony Scales


Exhibit "E"

07 0071
FILED
JAN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT




**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: *(202) 514-3642*                                  Washington, D.C. 20530

**SEP 29 2006**

Mr. Anthony Scales
Register No. 11302-083
United States Penitentiary
Post Office Box 2068
Inez, KY  41224

    Re:  Appeal No. 06-1437

Dear Mr. Scales:

    This responds to your letter dated August 17, 2006, regarding the status of your administrative appeal from the action of the Executive Office for United States Attorneys.

    Your administrative appeal has recently been assigned to a staff member of this Office for processing.  Due to the large number of appeals received by this Office and the individual review given to each, it is very difficult to predict accurately when a determination will be reached on your appeal.  However, based on the average review time, we anticipate that the delay will extend at least for several weeks.

    I hope this information is of assistance to you, and again, request your continued patience.

                                Sincerely,

                                Priscilla Jones
                                Chief, Administrative Staff

PAJ:CIH

Exhibit "F"

07 0071
FILED
JAN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642  Washington, D.C. 20530

OCT 30 2006

Mr. Anthony Scales
Register No. 11302-083
United States Penitentiary    Re:   Appeal No. 06-1437
Post Office Box 2068                Request No. 06-74
Inez, KY 41224                      BVE:GLB:CL

Dear Mr. Scales:

    You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your request for access to a copy of any "cooperation agreement" between the government and Deanna Hubbard.

    After carefully considering your appeal, I am affirming EOUSA's action in refusing to confirm or deny the existence of any such record as you requested. Without consent, proof of death, official acknowledgment of an investigation, or an overriding public interest, confirming or denying the existence of law enforcement records concerning an individual could reasonably be expected to constitute an unwarranted invasion of personal privacy. See 5 U.S.C. § 552(b)(7)(C); see also id. § 552(b)(7)(D).

    If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Daniel J. Metcalfe
Director

Exhibit "G"

07 0071
**FILED**

JAN 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT