# APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION & ORDER

| United States District Court | DISTRICT: District of Columbia |
|---|---|
| CASE TITLE: Anthony Scales, v. EOUSA | DOCKET NO.: 07 0071<br>MAGISTRATE CASE NO. |

FILED JAN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, __Anthony Scales__ (print your full name), declare that I am the (check appropriate box)

☒ petitioner/plaintiff    ☐ movant (filing 28 U.S.C. § 2255 motion)
☐ respondent/defendant   ☐ _____ (other)

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

__FOIA SUIT__

In further support of this application, I answer the following questions:

1. Are you presently employed?  ☒ Yes  ☐ No
   (a) If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   __$45/MO AT USP BIG SANDY INEZ, KY__

   (b) If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   __N/A__

2. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession or other form of employment?      ☐ Yes  ☒ No
   (b) Rent payments, interest or dividends?                  ☐ Yes  ☒ No
   (c) Pension, annuities or life insurance payments?         ☐ Yes  ☒ No
   (d) Gifts or inheritances?                                 ☒ Yes  ☐ No
   (e) Any other sources?                                     ☒ Yes  ☐ No

RECEIVED DEC 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(continued on reverse side)

2

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months: I RECEIVED SEVERAL GIFTS + DONATIONS FROM FRIENDS + RELATIVES. EXACT NAMES, DATES, AMOUNTS I CANNOT RECALL.

3. Do you own any cash, or do you have money in checking or savings account?
   Yes ☐    ☒ No  *(include any funds in prison accounts)*
   I the answer is "yes," state the total value of the items owned.
   N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property *(excluding ordinary household furnishings and clothing)*?
   Yes ☐    ☒ No
   If the answer is "yes" describe the property and state its approximate value.
   N/A

5. List the persons who are dependant upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   None

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/18/06            X  Anthony Scaler
              (date)                    (signature of applicant)

## CERTIFICATE
*(Prisoner Accounts Only)*

I *CERTIFY* that the applicant herein has the sum of $ 944 on account to his credit at the USP Big Sandy, KY institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

___B Dwyer___
(Authorized Officer of Institution)

## ORDER OF COURT

| The application is denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge     Date | United States Judge     Date or Magistrate |

USP Lompoc LRC 1994

# Inmate Statement

| | |  | | |
|---|---|---|---|---|
| Inmate Reg #: | 11302083 | | Current Institution: | Big Sandy USP |
| Inmate Name: | SCALES, ANTHONY | | Housing Unit: | B UNIT |
| Report Date: | 12/18/2006 | | Living Quarters: | B03-129L |
| Report Time: | 8:07:07 AM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BSY | 12/17/2006 12:39:58 PM | ITS1217 | | | Phone Withdrawal | ($1.00) | | $0.94 |
| BSY | 12/16/2006 2:21:29 PM | ITS1216 | | | Phone Withdrawal | ($1.00) | | $1.94 |
| BSY | 12/14/2006 9:16:33 PM | ITS1214 | | | Phone Withdrawal | ($1.00) | | $2.94 |
| BSY | 12/12/2006 9:05:06 PM | ITS1212 | | | Phone Withdrawal | ($1.00) | | $3.94 |
| BSY | 12/11/2006 11:11:30 AM | 62 | | | Sales | $0.40 | | $4.94 |
| BSY | 12/11/2006 11:09:46 AM | 61 | | | Sales | ($40.85) | | $4.54 |
| BSY | 12/10/2006 8:26:23 PM | ITS1210 | | | Phone Withdrawal | ($3.00) | | $45.39 |
| BSY | 12/10/2006 1:31:37 PM | ITS1210 | | | Phone Withdrawal | ($2.00) | | $48.39 |
| BSY | 12/8/2006 8:52:03 AM | GIPP1106 | | | Payroll - IPP | $10.20 | | $50.39 |
| BSY | 12/7/2006 7:38:46 PM | ITS1207 | | | Phone Withdrawal | ($2.00) | | $40.19 |
| BSY | 12/7/2006 9:51:30 AM | ITS1207 | | | Phone Withdrawal | ($2.00) | | $42.19 |
| BSY | 12/6/2006 12:28:08 PM | ITS1206 | | | Phone Withdrawal | ($2.00) | | $44.19 |
| BSY | 11/16/2006 5:57:10 PM | ITS1116 | | | Phone Withdrawal | ($2.00) | | $46.19 |
| BSY | 11/14/2006 12:41:53 PM | ITS1114 | | | Phone Withdrawal | ($1.00) | | $48.19 |
| BSY | 11/13/2006 11:29:57 AM | 84 | | | Sales | ($51.05) | | $49.19 |
| BSY | 11/12/2006 3:35:26 PM | ITS1112 | | | Phone Withdrawal | ($1.00) | | $100.24 |
| BSY | 11/10/2006 2:19:29 PM | ITS1110 | | | Phone Withdrawal | ($2.00) | | $101.24 |
| BSY | 11/10/2006 10:59:33 AM | ITS1110 | | | Phone Withdrawal | ($2.00) | | $103.24 |
| BSY | 11/9/2006 2:08:24 PM | ITS1109 | | | Phone Withdrawal | ($2.00) | | $105.24 |
| BSY | 11/7/2006 11:09:39 AM | ITS1107 | | | Phone Withdrawal | ($1.00) | | $107.24 |
| BSY | 11/6/2006 9:22:06 AM | ITS1106 | | | Phone Withdrawal | ($5.00) | | $108.24 |
| BSY | 11/3/2006 11:44:03 AM | GIPP1006 | | | Payroll - IPP | $53.10 | | $113.24 |
| BSY | 10/31/2006 1:04:56 PM | 33302207 | | | Western Union | $60.00 | | $60.14 |
| BSY | 10/18/2006 9:02:39 AM | 45 | | | Sales | ($10.10) | | $0.14 |
| BSY | 10/16/2006 9:17:53 AM | 4 | | | Sales | ($17.40) | | $10.24 |
| BSY | 10/15/2006 8:16:04 PM | ITS1015 | | | Phone Withdrawal | ($1.00) | | $27.64 |
| BSY | 10/14/2006 9:38:16 PM | ITS1014 | | | Phone Withdrawal | ($2.00) | | $28.64 |
| BSY | 10/14/2006 6:08:57 PM | ITS1014 | | | Phone Withdrawal | ($1.00) | | $30.64 |
| BSY | 10/13/2006 9:00:40 AM | ITS1013 | | | Phone Withdrawal | ($1.00) | | $31.64 |
| BSY | 10/10/2006 11:19:44 AM | 32 | | | Sales | ($5.50) | | $32.64 |
| BSY | 10/10/2006 11:18:58 AM | 31 | | | Sales | ($28.35) | | $38.14 |
| BSY | 10/9/2006 7:31:10 PM | ITS1009 | | | Phone Withdrawal | ($1.00) | | $66.49 |
| BSY | 10/8/2006 9:02:57 PM | ITS1008 | | | Phone Withdrawal | ($2.00) | | $67.49 |

07 0071

FILED

JAN 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | | | | | |
|---|---|---|---|---|---|---|
| BSY | 10/6/2006 5:14:40 PM | ITS1006 | | Phone Withdrawal | ($1.00) | $69.49 |
| BSY | 10/6/2006 3:06:19 PM | GIPP0906 | | Payroll - IPP | $60.50 | $70.49 |
| BSY | 10/6/2006 1:22:38 PM | ITS1006 | | Phone Withdrawal | ($1.00) | $9.99 |
| BSY | 10/4/2006 1:07:13 PM | ITS1004 | | Phone Withdrawal | ($1.00) | $10.99 |
| BSY | 10/4/2006 9:05:27 AM | 9 | | Sales | ($35.20) | $11.99 |
| BSY | 9/27/2006 9:58:55 AM | ITS0927 | | Phone Withdrawal | ($1.00) | $47.19 |
| BSY | 9/24/2006 11:28:35 AM | ITS0924 | | Phone Withdrawal | ($2.00) | $48.19 |
| BSY | 9/23/2006 5:12:12 PM | ITS0923 | | Phone Withdrawal | ($1.00) | $50.19 |
| BSY | 9/23/2006 12:03:36 PM | ITS0923 | | Phone Withdrawal | ($2.00) | $51.19 |
| BSY | 9/22/2006 2:40:09 PM | ITS0922 | | Phone Withdrawal | ($2.00) | $53.19 |
| BSY | 9/22/2006 1:10:19 PM | 33325606 | | Western Union | $50.00 | $55.19 |
| BSY | 9/11/2006 9:16:12 AM | 46 | | Sales | ($42.30) | $5.19 |
| BSY | 9/10/2006 5:12:30 PM | ITS0910 | | Phone Withdrawal | ($1.00) | $47.49 |
| BSY | 9/10/2006 11:16:10 AM | ITS0910 | | Phone Withdrawal | ($2.00) | $48.49 |
| BSY | 9/9/2006 10:36:21 AM | ITS0909 | | Phone Withdrawal | ($1.00) | $50.49 |
| BSY | 9/8/2006 2:36:58 PM | ITS0908 | | Phone Withdrawal | ($1.00) | $51.49 |
| BSY | 9/8/2006 1:56:01 PM | FIPP0806 | | Payroll - IPP | $52.10 | $52.49 |

1 2 3

**Total Transactions: 143**

Totals:    ($101.75)    $0.00

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BSY | $0.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.94 |
| Totals: | $0.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.94 |