UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY SCALES            )
                          )
    Plaintiff             )
                          )
                          )        Civil Action No. 07-71
       v                  )
EXECUTIVE OFFICE FOR      )
UNITED STATES ATTORNEYS   )

**REASSIGNMENT OF CIVIL CASE**
(non-calendar committee)

The above entitled action was assigned on _June 25th, 2007_ from Unassigned (9098)

to Judge _Kennedy_ because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: Maureen M. Higgins
    Deputy Clerk

CC:   Judge Kennedy
& Courtroom Deputy
Civil Case Processing Clerk - LG
      Statistical