UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RECEIVED
FEB 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Anthony Scales,

      Plaintiff,

v.                    Civil Action No. 07-0071HHK

Executive Office for United States Attorneys,

      Defendant.

PLAINTIFFS MOTION FOR ISSUENCE OF SHOW CAUSE

Now comes Plaintiff Anthony Scales in pro se, hereby moves this Honorable court for issuence of show cause in the above captioned case, based upon the following:

1. On June 7, 2007, this court issued an Order granting Plaintiffs application to proceed in forma pauperis, case was docketed to be heard by Judge Kennedy.

2. Plaintiff has been dilligent in his quest to obtain the requested information that the Executive Office of United States Attorneys' have been in possession of for ten (10) years.

3. The information is needed to support Plaintiffs claim in a criminal proceeding, particularly Prosecuter Misconduct and Brady Violation.

Plaintiff asserts that the failure to grant this motion will result in the continued miscarriage of justice and further hender Plaintiff from reaching the ends of justice.

                                    Respectfully submitted,
                                    *Anthony Scales*
                                    Anthony Scales, Plaintiff pro se

On this 5th day of February, 2008

CERTIFICATE OF SERVICE

I, Plaintiff, Anthony Scales, hereby certify that I have served a true and correct copy of Motion For Issuence of Show Cause. Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack 101 L.Ed.2d 245 (1988), upon the court and parties to litigation, by placing same in a sealed, postage prepaid envelope addressed to Executive Office of United States Attorneys, 555 4th Sreet, NW, Washington, D.C. 20001, and deposited same in the United States Postal Mail at United States Penitentiary Tucson.

Signed on this 5th day February, 2008.

                                    *Anthony Scales*
                                    Anthony Scales
                                    #11302-083
                                    USP Tucson
                                    P.O. Box 24550
                                    Tucson, AZ 85734