UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY SCALES,

          Plaintiff,

v.

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,

          Defendant.

Civil Action 07-0071 (HHK)

**ORDER**

Plaintiff seeks an order presumably to compel defendant to act on his complaint brought under the Freedom of Information Act. Although plaintiff is proceeding *in forma pauperis*, it appears from the docket that the court officers have not issued a summons and served defendant with process. Accordingly, it is

**ORDERED** that pursuant to 28 U.S.C. § 1915(d), the Clerk shall issue a summons and provide the summons and a copy of the complaint to the United States Marshals Service to effect service of process upon the named defendant and the United States; and it is

**FURTHER ORDERED** that plaintiff's motion for an order to show cause [Dkt. No. 9] is **DENIED**.

                                                  _____s/s_____
                                                  Henry H. Kennedy, Jr.
                                                  United States District Judge

Date: February 13, 2008