UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY SCALES**, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**EXECUTIVE OFFICE FOR THE** )<br>**UNITED STATES ATTORNEYS,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 07-0071 (HHK)<br>Next Deadline: Answer Due 4/9/08 |

**MOTION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), the Executive Office of the United States Attorneys ("EOUSA") hereby moves for a 21-day extension of time to respond to the pro se Plaintiff's complaint in this action. As the EOUSA demonstrates below, good cause exists for this modest extension.[1]

1. In the complaint, Plaintiff alleges that the EOUSA failed to release documents in accordance with the Freedom of Information Act ("FOIA"). Specifically, he has requested that the EOUSA release information related to an agreement between a witness and the United States Attorney's Office for the Eastern District of Virginia.

2. The EOUSA's response to the complaint is currently due on April 9, 2008.

3. The EOUSA and its counsel have been working to assess the allegations made in Plaintiff's complaint and respond to those allegations. However, counsel for the EOUSA needs a modest extension to complete this process.

---

[1] Plaintiff is proceeding *pro se* and is incarcerated at a penitentiary. Therefore, Local Civil Rule 7(m) does not apply to this motion.

4. Plaintiff will not be prejudiced by this extension.

5. This is Defendant's first request for an extension.

A proposed order is attached.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR , D.C. Bar # 498610
                              United States Attorney

                              RUDOLPH CONTRERAS, D.C. Bar # 434122
                              Assistant United States Attorney

                              /s/ Harry B. Roback
                              HARRY B. ROBACK, D.C. Bar # 485145
                              Assistant United States Attorney
                              United States Attorneys Office
                              555 4th Street, N.W.
                              Washington, D.C. 20530

April 3, 2008                     Tel: 202-616-5309
                              harry.roback@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 3, 2008 I served plaintiff with Motion to Extend Time For Defendant To Respond To Complaint by mailing it to the following address:

Anthony Scales  
11302-083  
USP Big Sandy  
Box 2068  
Inez, KY 41224

                                        /s/ Harry B. Roback  
                                        Harry B. Roback

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY SCALES**,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**EXECUTIVE OFFICE FOR THE**  )<br>**UNITED STATES ATTORNEYS**,  )<br>  )<br>Defendant.  )<br>  ) | Civil Action No. 07-0071 (HHK) |

**PROPOSED ORDER**

Upon consideration of the Motion to Extend Time For Defendant Executive Office of the United States Attorneys to Respond to the Complaint, it is hereby

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Defendant shall respond to the Complaint by April 30, 2008.

SO ORDERED.


Date: _____                    _____
                                          United States District Judge