UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY SCALES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXECUTIVE OFFICE FOR UNITED )<br>STATES ATTORNEYS, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-71 (HHK) |

**NOTICE REGARDING SERVICE OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Counsel for Defendant mailed a copy of its Motion for Summary Judgment ("Motion") to Plaintiff on April 29, 2008. On May 27, 2008, the mailed copy of the Motion was returned to counsel for Defendant with a note that the Plaintiff, who is a *pro se* prisoner, has been moved to a different prison. On May 27, 2008, counsel for Defendant mailed a copy of the Motion to Plaintiff's current address (which is on file with the Court). A revised certificate of service reflecting the renewed mailing of the Motion is attached.

Plaintiff's response to the Motion is currently due on June 10, 2008. Defendant consents to an extension of time for the Plaintiff to respond to the Motion because he did not receive a copy of the Motion when it was filed in April.

Respectfully submitted,

JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ Harry B. Roback
HARRY B. ROBACK, D.C. Bar # 485145

|  | Assistant United States Attorney |
|---|---|
|  | United States Attorneys Office |
|  | 555 4th Street, N.W. |
|  | Washington, D.C. 20530 |
|  | Tel: 202-616-5309 |
| May 27, 2008 | harry.roback@usdoj.gov |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 27, 2008, I served plaintiff with Defendant's Motion for Summary Judgment, including the accompanying memorandum in support and declaration of D. Stearns by mailing it to the following address:

Anthony Scales
#11302-083
USP TUCSON
U.S. PENITENTIARY
P.O. BOX 24550
TUCSON, AZ  85734

                                                  /s/ Harry B. Roback
                                                  Harry B. Roback