LET THIS BE FILED

Henry Kennedy, Jr.
5/22/08

May 5, 2008

Anthony Scales
#11302-083
USP Tucson
P.O. Box 24550
Tucson, AZ 85734

FILED

MAY 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk's Office
United States District Court
For The District of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: Anthony Scales v. Executive Office For The United States Attorneys
Civil Action No. 07-0071 (HHK)

Dear Clerk:

I recently received an order dated April 30, 2008, notifying me that the Defendant (EOUSA) in the above referrenced case has moved this Court for a summary judgement, to which I have been ordered to respond no later than June 10, 2008.

I, the Plaintiff Anthony Scales, hereby give notice that I have not been served with a copy of the alleged motion

for summary judgement.

Therefore, I respectfully request that the Court provide me with a copy or direct the Defendant (EOUSA) to serve me with a copy, which they were procedurally required to do.

Also, please note that the general population, including myself is currently on Lockdown status here at USP Tucson, resulting in my being denied access to the law library to properly address the court.

Respectfully submitted,

Anthony Scales